# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **United States of America** | } | |
| | } | |
| **Plaintiff,** | } | |
| vs. | } | NO.  4:17CR181 |
| | } | |
| **Mark Gregory** | } | |
| | } | |
| **Defendant,** | } | **N O T I C E** |
| | } | |

TAKE NOTICE that the above captioned defendant has been scheduled for a STATUS CONFERENCE on June 20, 2015 at 2:30 p.m. in the Courtroom 575 of the Honorable John R. Adams, United States District Judge, Federal Building - U.S. Courthouse, 2 South Main Street, Akron, Ohio.

**DATE: June 14, 2017**                         **SANDY OPACICH**
                                                                   **Clerk**


                                                                   **By s/Christin M. Kestner**
                                                                   **Christin M. Kestner**
                                                                   **Courtroom Deputy Clerk**
                                                                   **(330) 252-6070**